UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | No. IP 03-191-CR-B/F |
| ) | 1:05-cv-1545-SEB-VSS |
| MAYLON PULLENS, ) | |
| ) | |
| Defendant. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant take nothing by his motion for relief pursuant to 28 U.S.C. § 2255, and the civil action docketed as No. 1:05-cv-1545-SEB-VSS is **dismissed with prejudice.**

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Date: 01/25/2006

Copies to:

Maylon Pullens
Reg. No. 07395-028
HCU
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512-4500

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048